### 17715.  WILLIAMSON *v.* THE STATE.

BROYLES, C. J.  1. Under the particular facts of the case, as disclosed by the motion for a new trial, it does not appear that the alleged error of the judge, if error, in ruling that a named juror was competent and qualified to serve on the jury, was harmful to the defendant's cause, this juror having been stricken by the defendant before the challenge to the juror was made, and it not definitely appearing from the motion for a new trial that the defendant exhausted all the strikes he was entitled to.

2. The general grounds of the motion for a new trial, not having been argued or referred to in the brief of counsel for the plaintiff in error, are treated as abandoned.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JANUARY 11, 1927.

Criminal Law, 17 C. J. p. 212, n. 18; p. 293, n. 48.

Possessing liquor; from city court of Blackshear—Judge Crawley presiding.  October 2, 1926.

*James R. Thomas & Sons,* for plaintiff in error.

*S. Thomas Memory, solicitor,* contra.